# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

DIANA MANE,
                Plaintiffs,

v.                               Case No. 06-CV-1329

LIFE INSURANCE COMPANY
OF NORTH AMERICA,
                Defendant.

## ORDER RETURNING CASE

This court scheduled a mediation in this matter for July 12, 2007. Based upon the representations of the parties through correspondence to the undersigned that they have reached an agreement, the settlement conference is hereby REMOVED from the court's calendar and the case is returned to the Honorable Lynn Adelman for an appropriate entry of dismissal upon receipt of the stipulation of the parties.

SO ORDERED.

Dated at Milwaukee, Wisconsin, this <u>11th</u> day of July, 2007.

                                              BY THE COURT:

                                              <u>s/AARON E. GOODSTEIN</u>
                                              United States Magistrate Judge